# EXHIBIT A









# CHEERIOS

## Nutrition Facts
Serving Size 1 cup (28g)
    Children Under 4 - ¾ cup (21g)
Servings Per Container about 12
    Children Under 4 - about 16

| Amount Per Serving | Cheerios | with ½ cup skim milk | Cereal for Children under 4 |
|---|---|---|---|
| Calories | 100 | 150 | 80 |
| Calories from Fat | 15 | 20 | 10 |
| | % Daily Value** | | |
| Total Fat 2g* | 3% | 3% | 1.5g |
| Saturated Fat 0.5g | 3% | 3% | 0g |
| Trans Fat 0g | | | 0g |
| Polyunsaturated Fat 0.5g | | | 0.5g |
| Monounsaturated Fat 0.5g | | | 0.5g |
| Cholesterol 0mg | 0% | 1% | 0mg |
| Sodium 140mg | 6% | 8% | 105mg |
| Potassium 180mg | 5% | 11% | 135mg |
| Total Carb 20g | 7% | 9% | 15g |
| Dietary Fiber 3g | 11% | 11% | 2g |
| Soluble Fiber 1g | | | 0g |
| Sugars 1g | | | 1g |
| Other Carbohydrate 16g | | | 12g |
| Protein 3g | | | 2g |
| | | | % Daily Value** |
| Protein | – | – | 9% |
| Vitamin A | 10% | 15% | 10% |
| Vitamin C | 10% | 10% | 10% |
| Calcium | 10% | 25% | 8% |
| Iron | 45% | 45% | 50% |
| Vitamin D | 10% | 25% | 6% |
| Thiamin | 25% | 30% | 35% |
| Riboflavin | 2% | 10% | 2% |
| Niacin | 25% | 25% | 35% |
| Vitamin $B_6$ | 25% | 25% | 45% |
| Folic Acid | 50% | 50% | 60% |
| Vitamin $B_{12}$ | 25% | 30% | 30% |
| Phosphorus | 10% | 20% | 8% |
| Magnesium | 8% | 10% | 10% |
| Zinc | 25% | 30% | 30% |

* Amount in cereal. A serving of cereal plus skim milk provides 2g total fat, less than 5mg cholesterol, 200mg sodium, 380mg potassium, 26g total carbohydrate (7g sugars), and 8g protein.

** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |
| Protein | | 50g | 65g |

**Ingredients:** Whole Grain Oats, Corn Starch, Sugar, Salt, Tripotassium Phosphate. Vitamin E (mixed tocopherols) Added to Preserve Freshness.

**Vitamins and Minerals:** Calcium Carbonate, Iron and Zinc (mineral nutrients), **Vitamin C** (sodium ascorbate), **A B Vitamin** (niacinamide), **Vitamin $B_6$** (pyridoxine hydrochloride), **Vitamin A** (palmitate), **Vitamin $B_1$** (thiamin mononitrate), **A B Vitamin** (folic acid), **Vitamin $B_{12}$, Vitamin $D_3$.**

DISTRIBUTED BY GENERAL MILLS SALES, INC., MINNEAPOLIS, MN 55440 USA

**GLUTEN FREE**

**Not made with genetically modified ingredients.**
Trace amounts of genetically modified (also known as "genetically engineered") material may be present due to potential cross contact during manufacturing and shipping.

We serve the world by **Making Food People Love**
We welcome your questions and comments
generalmills.com
1.800.328.1144

© General Mills   Patent: generalmills.com/pat

Exchange: 1 1/2 starch
Based on Academy of Nutrition and Dietetics and American Diabetes Association criteria

This package is sold by weight, not by volume. You can be assured of proper weight even though some settling of contents normally occurs during shipment and handling.



# Oatstanding!

### 100% whole grain oats in every single gluten-free O.

Each bowl of Cheerios is so much more than cereal. It's whole-grained fuel for your day. Finger food for little hands. A shared moment across generations. So grab a box and have an OATSTANDING day!





FIRST INGREDIENT
**WHOLE GRAIN**

BEST If Used By

14MAR2019 BU 2136 09 C

A WHOLE GRAIN FOOD IS MADE BY USING ALL THREE PARTS OF THE GRAIN. ALL GENERAL MILLS BIG G CEREALS CONTAIN MORE WHOLE GRAIN THAN ANY OTHER SINGLE INGREDIENT.

General Mills

# VALUE PACK — 24 BARS

## NATURE VALLEY™

### CRUNCHY
granola bars

made with 100% NATURAL whole grain OATS

ENLARGED TO SHOW DETAIL

24 BARS

**Oats 'n Honey**
16g of whole grain*

PER 2 BARS

 190 CALORIES
 1g SAT FAT 4% DV
 180mg SODIUM 7% DV
 11g SUGARS

12 - 1.49 OZ (42g) 2-BAR POUCHES   NET WT 1 LB 1.88 OZ (17.88 OZ) (506g)



*16g of whole grain per serving.
At least 48g of whole grain recommended daily.

## Nutrition Facts

Serving Size 2 bars (42g)
Servings Per Container 12

| Amount Per Serving | 2 bars | | 1 bar | |
|---|---|---|---|---|
| | | % DV* | | % DV* |
| Calories | 190 | | 100 | |
| Calories from Fat | 60 | | 30 | |
| **Total Fat** | 7g | 11% | 3.5g | 6% |
| Saturated Fat | 1g | 4% | 0g | 0% |
| Trans Fat | 0g | | 0g | |
| **Cholesterol** | 0mg | 0% | 0mg | 0% |
| **Sodium** | 180mg | 7% | 90mg | 4% |
| **Total Carbohydrate** | 29g | 10% | 15g | 5% |
| Dietary Fiber | 2g | 9% | 1g | 4% |
| Sugars | 11g | | 6g | |
| **Protein** | 3g | | 2g | |
| Iron | | 4% | | 2% |

Not a significant source of vitamin A, vitamin C and calcium.

* Percent Daily Values (DV) are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

**Ingredients:** Whole Grain Oats, Sugar, Canola Oil, Rice Flour, Honey, Salt, Brown Sugar Syrup, Baking Soda, Soy Lecithin, Natural Flavor.

CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.,
MINNEAPOLIS, MN 55440 USA
© General Mills
Carbohydrate Choices: 2
3004470176

Partially Produced with Genetic Engineering
Learn more at Ask.GeneralMills.com







## Lucky Charms

### Nutrition Facts
Serving Size ¾ cup (27g)
Servings Per Container about 11

| Amount Per Serving | Lucky Charms | with ¾ cup skim milk |
|---|---|---|
| Calories | 110 | 150 |
| Calories from Fat | 10 | 10 |
|  | % Daily Value** | |
| **Total Fat** 1g* | 2% | 2% |
| Saturated Fat 0g | 0% | 0% |
| Trans Fat 0g | | |
| Polyunsaturated Fat 0g | | |
| Monounsaturated Fat 0g | | |
| **Cholesterol** 0mg | 0% | 1% |
| **Sodium** 170mg | 7% | 10% |
| **Potassium** 50mg | 1% | 7% |
| **Total Carbohydrate** 22g | 7% | 9% |
| Dietary Fiber 2g | 6% | 6% |
| Sugars 10g | | |
| Other Carbohydrate 10g | | |
| **Protein** 2g | | |
| Vitamin A | 10% | 15% |
| Vitamin C | 10% | 10% |
| Calcium | 10% | 25% |
| Iron | 25% | 25% |
| Vitamin D | 10% | 25% |
| Thiamin | 25% | 30% |
| Riboflavin | 25% | 35% |
| Niacin | 25% | 25% |
| Vitamin $B_6$ | 25% | 25% |
| Folic Acid | 50% | 50% |
| Vitamin $B_{12}$ | 25% | 35% |
| Phosphorus | 4% | 15% |
| Magnesium | 4% | 6% |
| Zinc | 25% | 30% |

* Amount in cereal. A serving of cereal plus skim milk provides 1g total fat, less than 5mg cholesterol, 240mg sodium, 250mg potassium, 28g total carbohydrate (16g sugars), and 6g protein.

** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**Ingredients:** Whole Grain Oats, Sugar, Oat Flour, Corn Syrup, Modified Corn Starch, Corn Starch, Dextrose, Salt, Gelatin, Trisodium Phosphate, Yellow 5 & 6, Red 40, Blue 1, Natural and Artificial Flavor. Vitamin E (mixed tocopherols) Added to Preserve Freshness.

**Vitamins and Minerals:** Calcium Carbonate, Zinc and Iron (mineral nutrients), Vitamin C (sodium ascorbate), A B Vitamin (niacinamide), Vitamin $B_6$ (pyridoxine hydrochloride), Vitamin $B_2$ (riboflavin), Vitamin $B_1$ (thiamin mononitrate), Vitamin A (palmitate), A B Vitamin (folic acid), Vitamin $B_{12}$, Vitamin $D_3$.

DISTRIBUTED BY GENERAL MILLS SALES, INC., MINNEAPOLIS, MN 55440 USA
**GLUTEN FREE**
© General Mills
Patent: generalmills.com/pat

Exchange: 1½ Starch
Based on Academy of Nutrition and Dietetics and American Diabetes Association criteria

This package is sold by weight, not by volume. You can be assured of proper weight even though some settling of contents normally occurs during shipment and handling.

F 3083360888 SSG 3472497888

**Partially Produced with Genetic Engineering**
Learn more at Ask.GeneralMills.com
