# EXHIBIT C

| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | ELAINE A. RYAN *(To be Admitted Pro Hac Vice)* |
| 3 | CARRIE A. LALIBERTE *(To be Admitted Pro Hac Vice)* 2325 E. Camelback Rd. Suite 300 |
| 4 | Phoenix, AZ 85016 eryan@bffb.com |
| 5 | claliberte@bffb.com Telephone: (602) 274-1100 |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN |
| 7 | & BALINT, P.C. PATRICIA N. SYVERSON (CA SBN 203111) |
| 8 | MANFRED P. MUECKE (CA SBN 222893) 600 W. Broadway, Suite 900 |
| 9 | San Diego, CA 92101 psyverson@bffb.com |
| 10 | mmuecke@bffb.com Telephone: (619) 798-4593 |
| 11 | |
| 12 | SIPRUT PC STEWART M. WELTMAN *(To be Admitted Pro Hac Vice)* |
| 13 | TODD L. MCLAWHORN *(To be Admitted Pro Hac Vice)* MICHAEL CHANG *(To be Admitted Pro Hac Vice)* |
| 14 | 17 North State Street Chicago, Illinois 60602 |
| 15 | sweltman@siprut.com tmclawhorn@siprut.com |
| 16 | mchang@siprut.com Telephone: (312) 236-0000 |
| 17 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 20 | NATASHA PARACHA, On Behalf of Herself and All Others Similarly Situated, | Case No.: |
| 21 | | |
| 22 | | **CLASS ACTION** |
| 23 | Plaintiff, | **DECLARATION OF PATRICIA N. SYVERSON PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** |
| 24 | v. | |
| 25 | GENERAL MILLS, INC., a Delaware Corporation, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

I, Patricia N. Syverson, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a shareholder of the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C., the counsel of record for Plaintiff in the above-entitled action.

2. Defendant General Mills, Inc. has done and is doing business in the Central District of California. Such business includes the distributing, marketing, labeling, packaging and sale of Cheerios Toasted Whole Grain Oat Cereal, Nature Valley Granola Protein Oats n' Honey, Nature Valley Crunchy Granola Bars – Oat's n' Honey, and Lucky Charms. Furthermore, Plaintiff Natasha Paracha purchased Cheerios Toasted Whole Grain Oat Cereal in Walnut, California.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 31st day of August 2018, at San Diego, California.

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

*/s/Patricia N. Syverson*
Patricia N. Syverson (203111)
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, CA 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan *(To be Admitted Pro Hac Vice)*
Carrie A. Laliberte *(To be Admitted Pro Hac Vice)*
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

SIPRUT PC
Stewart M. Weltman *(To be Admitted Pro Hac Vice)*
Todd L. McLawhorn *(To be Admitted Pro Hac Vice)*
Michael Chang *(To be Admitted Pro Hac Vice)*
17 North State Street

Chicago, Illinois 60602
sweltman@siprut.com
tmclawhorn@siprut.com
mchang@siprut.com
Telephone: (312) 236-0000

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2018.

/s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 798-4593